■ DAVID SLOMOWITZ et al., Respondents-Appellants, v. UNITED FURNITURE WORKERS OF AMERICA, LOCAL 140, CIO, et al., Appellants-Respondents.— Pursuant to stipulation, appeal withdrawn, without costs. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

■ FREDERICK C. WEISS, Appellant, v. KURT V. H. NIPPE, Respondent.— In an action to recover damages for slander the appeals are from orders denying appellant's motions (1) to strike out for insufficiency two affirmative defenses, and (2) to strike out certain items from respondent's demand for a bill of particulars. Order denying motion to strike out defenses modified by adding thereto a provision that the amended complaint be dismissed pursuant to subdivision 6 of rule 109 of the Rules of Civil Practice, with leave to serve a further amended complaint. As so modified, order affirmed, with $10 costs and disbursements to respondent. The further amended complaint shall be served, if appellant be so advised, within 10 days after the entry of the order hereon. The amended complaint, which does not plead special damages, states no cause of action since the alleged defamatory words are not slanderous per se (*Gurtler* v. *Union Parts Mfg. Co.*, 285 App. Div. 643, affd. 1 N Y 2d 5; *May* v. *Peekskill Military Academy*, 1 A D 2d 960). Appeal from order denying motion to modify the demand for a bill of particulars dismissed, without costs, as academic. Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ., concur.

■

## (January 27, 1958)

■ In the Matter of the General Assignment for the Benefit of Creditors of M. S. ACKERMAN, INC., Assignor, to JACOB J. MELNIKER, Respondent. MURRAY S. ACKERMAN, Individually, and as President of M. S. ACKERMAN, INC., et al., Appellants.— Motion to dismiss appeal granted, without costs, and appeal dismissed. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ In the Matter of the Application of SOLOMON WILLIAM LOBER, for Admission to the Bar.— Application for admission to the Bar denied upon the ground that the applicant has failed to furnish satisfactory proof that he is and has been an actual resident of the State of New York for not less than six months immediately preceding the making of such application for admission as required by rule 1 (subd. [f], par. [3]) of the Rules of Civil Practice, with leave to renew upon proper proof of compliance with the applicable rules. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ JOHN J. McCARTHY, Appellant, v. FRED S. CAREY et al., Constituting the Civil Service Commission of the City of Yonkers, et al., Respondents and WILLIAM POLSEN et al., Intervenors-Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ. [See *ante,* p. 701.]